IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATELYN GRACE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHOENIX MEDIA NETWORK, INC. | : | No. 18-2396 |

**FILED**
APR 10 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this 9th day of April, 2019, upon consideration of the "Joint Motion for Approval of Settlement Agreement and Stipulation of Dismissal with Prejudice" (doc. no. 21) it is hereby **ORDERED** that the motion is **GRANTED**:

1. Having found the proposed settlement to be fair and reasonable, the proposed Settlement Agreement and General Release is **APPROVED**.

2. This action is hereby **DISMISSED WITH PREJUDICE**.

BY THE COURT:

_/s/ Carol Sandra More Wells_
CAROL SANDRA MORE WELLS
United States Magistrate Judge